**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 23-CV-62344-RS**

SHERINE AUDOUIN,  :
  :
    Plaintiff,  :
  :
v.  :
  :
DEBSKI & ASSOCIATES, P.A.,  :
  :
    Defendant.  :
_____/

## DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Defendant, Debski & Associates, P.A., by and through counsel, in response to Plaintiff's Motion to Amend Complaint will not interpose an objection to the motion. However, Defendant reserves the right, as provided for in the Federal Rules of Civil Procedure, to move to dismiss the Amended Complaint for failure to state a claim. *See,* Rule 12(b)(6), Federal Rules of Civil Procedure.

    Respectfully submitted,

    **THE LAW OFFICES**
      **OF RONALD S. CANTER, LLC**

    */s/ Ronald S. Canter*
    Ronald S. Canter, Esquire (#335045)
    200A Monroe Street, Suite 104
    Rockville, Maryland 20850
    301.424.7490 (telephone) | 301.424.7470 (facsimile)
    rcanter@roncanterllc.com (e-mail)
    *Attorney for Defendant,*
    *Defendant Debski & Associates, P.A.*

## **CERTIFICATE OF SERVICE**

The undersigned does hereby certify that a true and correct copy of the foregoing was served upon the individual(s) listed below by electronic notification via CM/ECF system on this 19th day of April, 2024:

Joel David Lucoff, Esq.
3440 Hollywood Blvd, Suite 415
Hollywood, FL 33021
legal@debtshieldlawyer.com
*Attorney for Plaintiff, Sherine Audouin*

                                               */s/ Ronald S. Canter*
                                               Ronald S. Canter, Esquire
                                               *Attorney for Defendant,*
                                               *Defendant Debski & Associates, PA*